# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CAROL GAYLOR,

        Plaintiff,

v.                                               Case No.   3:23-cv-659-MMH-LLL

DESTINATION A1A LLC,

        Defendant.

_____

# O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 13; Stipulation) filed on September 19, 2023.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.     This case is **DISMISSED with prejudice**.

2.     Each party shall bear their own costs and attorneys' fees.

3.      The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of

September, 2023.

*Marcia Morales Howard*

**MARCIA MORALES HOWARD**

United States District Judge

ja

Copies to:

Counsel of Record